Arthur L. Lessler, Esq. (AL6649)
LESSLER & LESSLER
540 Old Bridge Turnpike
South River, New Jersey  08882
Tel: (732) 254-5155
Fax: (732) 254-7630
lessler@compuserve.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SCHERING CORPORATION, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| (1) ZYDUS PHARMACEUTICALS, USA, INC., | § | |
| (2) SANDOZ, INC., | § | |
| (3) MYLAN PHARMACEUTICALS, INC., | § | |
| (4) ORGENUS PHARMA, INC., | § | |
| (5) ORCHID CHEMICALS & PHARMACEUTICALS, LTD., | § | Civil Action No. 06-CV-4715 (MLC) |
| (6) L. PERRIGO CO., | § | |
| (7) PERRIGO CO., | § | |
| (7) GLENMARK PHARMACEUTICALS INC., USA, | § | DEFENDANT GLENMARK PHARMACEUTICALS INC., USA'S CORPORATE DISCLOSURE STATEMENT |
| (8) GLENMARK PHARMACEUTICALS, LTD., | § | |
| (9) GEOPHARMA, INC., | § | |
| (10) BELCHER PHARMACEUTICALS, INC., | § | |
| (11) LUPIN PHARMACEUTICALS INC., | § | |
| (12) LUPIN LTD., | § | |
| (13) RANBAXY INC., | § | |
| (14) RANBAXY LABORATORIES LTD., | § | |
| (15) DR. REDDY'S LABORATORIES, INC., | § | |
| (16) DR. REDDY'S LABORATORIES, LTD. | § | |
| (17) CARACO PHARMACEUTICAL LABORATORIES, LTD., | § | |
| (18) SUN PHARMACEUTICAL INDUSTRIES LTD., | § | |
| (19) WATSON PHARMACEUTICALS, INC., AND | § | |
| (20) WATSON LABORATORIES, INC., | § | |
| | § | |
| *Defendants.* | § | |

**DEFENDANT GLENMARK PHARMACEUTICALS INC., USA's**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Glenmark Pharmaceuticals Inc., USA ("Glenmark USA") declares that it is wholly-owned by Glenmark Pharmaceuticals Holdings, S.A., which is in turn wholly-owned by Glenmark Pharmaceuticals, Ltd., a corporation duly formed and publicly traded under the laws of India.

Dated: January 23, 2007

Respectfully submitted,

s/ Arthur L. Lessler
Arthur L. Lessler, Esq. (AL6649)
LESSLER & LESSLER
540 Old Bridge Turnpike
South River, New Jersey 08882
Tel: (732) 254-5155
Fax: (732) 254-7630
lessler@compuserve.com

*Of Counsel*
Robert C. Sullivan, Jr., Esq.
Steven E. Lipman, Esq.
John L. LaBarre, Esq.
DARBY & DARBY P.C.
805 Third Avenue
New York, NY 10022-7513
Tel: 212-527-7700
Fax: 212-527-7701
rsullivan@darbylaw.com
slipman@darbylaw.com
jlabarre@darbylaw.com

Attorneys for Defendant
Glenmark Pharmaceuticals, Inc., USA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 23rd day of January, 2007, all counsel of record were served with a copy of **DEFENDANT GLENMARK PHARMACEUTICALS, INC., USA's CORPORATE DISCLOSURE STATEMENT,** via First Class Mail and/or the Court's CM/ECF System per Local Civil Rule 5.2.

Dated: January 23, 2007      **s/ John LaBarre**
                             John LaBarre